No. 7188.

THE STATE EX REL. JANE COONY VS. THE CLERK OF THE SIXTH COURT.

FOR *Mandamus*.

One of the parties to a suit offered in evidence two records of other suits with all the documents thereto attached. Objection was made by the other side on the ground of irrelevancy of the evidence, and the court reserved its ruling on this objection. In deciding the case, the judge did not pass upon this reserved question. An appeal having been taken, the clerk copied these records in the transcript, and they fill four-fifths of it.

The relator applies to this court for a *mandamus* to compel the clerk to make and deliver to her a transcript not containing those records, as they were not received in evidence. The answer of the clerk, and a statement of the judge, agree that the records were offered and filed, but on objection, decision was reserved.

*Foley* for Relator.  *Clark, Bayne & Renshaw* for Respondent.

SPENCER, J.  It was not for the clerk to decide what was the effect of the judge omitting or neglecting to pass upon the objection. His duty was to transcribe all the "documents filed" in the cause, and it will be for us to determine when the case comes here, what is, and what is not evidence.

The decision in Marchand *v.* Coffee, 23 Ann. 442, is not in point — at least it contains nothing contrary to our present ruling.

*Writ refused.*